**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | CRIM. ACTION NO.  1:21-CR-51 |
| | § | |
| v. | § | |
| | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| JARREL JAKEEM JOSEPH, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The court referred the Defendant's *Motion for Sentence Reduction Under 18 U.S.C. §* *3582(c)(2)* to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the report were filed.  The court finds that the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED.  It is therefore,

ORDERED that the Defendant's motion is GRANTED.  Judgment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED this 28th day of February, 2024.**

_____
Michael J. Truncale
United States District Judge